Steckler & Levi, for appellant Frank.
Edmund Bittiner, for appellant Danowitz.
Freyer, Hyman & Jarmulowsky, for respondent.

PER CURIAM. Judgment affirmed, with costs.

---

### WATSON v. DURYEA.

(Supreme Court, Appellate Division, Second Department. June 4, 1909.)

Courts (§ 190*)—Municipal Courts—Review.
    Under the Municipal Court act no appeal lies from an order on demurrer.
    [Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

Appeal from Municipal Court, Borough of Brooklyn, Fourth District.

Action by Harold D. Watson against Franklin P. Duryea. From an order sustaining defendant's demurrer to the complaint, plaintiff appeals. Appeal dismissed.

Argued before WOODWARD, JENKS, GAYNOR, BURR, and MILLER, JJ.

Robert W. Kristeller, for appellant.
Edward A. Alexander and Jerome H. Buck, for respondent.

BURR, J. This appeal should be dismissed. The Municipal Court act does not seem in express words to authorize the entry of an inter-

locutory judgment upon demurrer. Great Northern Moulding Co. v. Bonewur, 128 App. Div. 101, 112 N. Y. Supp. 466. In this case no interlocutory judgment was entered, as appears from the return. An appeal from the order will not lie. Fink v. Standard Bread Co. (Sup.) 110 N. Y. Supp. 205; Smith v. Ely, 46 Misc. Rep. 458, 92 N. Y. Supp. 310; Binder v. Robinson, 59 Misc. Rep. 155, 110 N. Y. Supp. 229.

The appeal must be dismissed, with costs. All concur.